## VENEY v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 143, September Term, 1964.]

*Decided July 2, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY, OPPENHEIMER and BARNES, JJ.

PER CURIAM.

Applicant contends that this Post Conviction proceeding should be determined under the provisions of Ch. 442 of the Acts of 1965. Without deciding that he is entitled as a matter of right to have his application so considered, we shall comply with his request.

For the reasons assigned by Judge Prendergast in his opinion below, the application will be denied.

*Application denied.*